AO (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>NORMAN W. BARRETT | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   CR 05-67-UNA |
| Dover, DE 19901<br><br>(Name and Address of Defendant) | REDACTED |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place:<br>**J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | Room<br>**Magistrate Ctrm # 6C, 6th Floor** |
|---|---|
| | Date and Time<br>7/28/05 @ 1:00pm |
| Before:   Honorable Mary Pat Thynge, U.S. Magistrate Judge | |

\*\* Please report to the U.S. Marshal's Service in Room# 100 by 12:00 pm.

To answer a(n)

x  Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title __26__ United States Code, Section(s) __7201__

Brief description of offense:

TAX EVASION;
FAILURE TO PAY / OVER WITHHOLDING TAXES

```
F I L E D
JUL 2 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

By: _/s/ [signature]; Deputy Clerk_
Signature of Issuing Officer

7/18/2005 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Date |
| Service was made by me |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: __Via cert mail__

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned   __7-21-05__
           Date

__DW Thomas__
Name of United States Marshal

__BT Ruley__
(by) Deputy United States Marshal

Remarks:

```
FILED

JUL 22 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.