UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )
                                )
                                )    CASE NO.   CR 05-67 KAJ
         vs.                    )
                                )
  Norman W. Barrett             )
                                )
              Defendant.        )

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on _July 21, 2005_ requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until _September 15, 2005_ The time between the date of this order and _September 15, 2005_ shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney