IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.  NORMAN W. BARRETT    CASE NO. CR 05-67-KAJ

The defendant, NORMAN W. BARRETT having been scheduled for arraignment on JULY 7, 2005  and a continuance having been made by the  COURT  for the following reason;

 DUE TO A COURT SCHEDULING CONFLICT . The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued  JULY 28, 2005

(2) The period between JULY 7, 2005  and  JULY 28, 2005

shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 8/9/05

*[signature: Mary Pat Thynge]*

FILED

AUG   9 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE