# OBERLY, JENNINGS & RHODUNDA, P.A.

**800 Delaware Avenue - Suite 901**
**P. O. Box 2054**
**Wilmington, Delaware 19899**

| | |
|---|---|
| **Charles M. Oberly, III** | (302) 576-2000 |
| **Kathleen M. Jennings** | Fax (302) 576-2004 |
| **William J. Rhodunda, Jr.** | E.I.No. 51-0364261 |
| ------------ | |
| **Karen V. Sullivan** | |

Writer's e-mail coberly@ojlaw.com

November 16, 2005

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

Re:  **United States v. Norman W. Barrett – Cr.A. No. 05-67**

Dear Judge Jordan:

I represent Norman W. Barrett in the above-captioned matter. He appeared before the Federal Magistrate on July 28, 2005.

Since entering a plea of not guilty at his arraignment, I have engaged in plea negotiations with the United States Attorney's Office. Because this case is a tax matter, the calculation of loss has taken somewhat longer than expected. Nevertheless, it is expected that plea negotiations will result in an agreement and there will be no trial in this case. Some additional time is necessary to finalize the resolution. Mr. Barrett has no objection to this request and will not be prejudiced by suspension of the speedy trial requirement. The United States has been consulted through Assistant United States Attorney Edmond Falgowski and has no objection to this request for additional time.

Pursuant to the guidelines applicable in this case, Mr. Barrett faces a possible sentence of incarceration. The significance of the decisions facing Mr. Barrett is enormous from

The Honorable Kent A. Jordan
November 16, 2005
Page 2

both a personal and professional perspective.  For these reasons, it is respectfully requested that the attached Order be approved by the Court.

                                  Respectfully submitted,

                                  /s/ Charles M. Oberly, III
                                  **CHARLES M. OBERLY, III (#743)**

CMO,III/dq

Enclosure

cc:  Edmond Falgowski, AUSA
      Norman W. Barrett