IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 05-67-KAJ |
| ) | |
| NORMAN W. BARRETT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court having received and considered the unopposed letter motion filed by the Defendant on November 16, 2005;

IT IS HEREBY ORDERED that this case shall be taken outside of the Speedy Trial Act, 18 U.S.C. §3161, *et seq.* for a period not to exceed 60 days. The Court finds that this Order serves the ends of justice for the reasons stated in the Defendant's motion.

Date: 11/21/05

_____
The Honorable Kent A. Jordan