# OBERLY, JENNINGS & RHODUNDA, P.A.

**1220 Market Street – Suite 710**
**P. O. Box 2054**
**Wilmington, Delaware 19899**

**Charles M. Oberly, III**                                                    **(302) 576-2000**
**Kathleen M. Jennings**                                                  **Fax  (302) 576-2004**
**William J. Rhodunda, Jr.**                                          **E.I.No. 51-0364261**
   **------------**
**Karen V. Sullivan**

**Writer's e-mail coberly@ojlaw.com**

April 14, 2006

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

**Re:  United States v. Norman W. Barrett – Cr.A. No. 05-67**

Dear Judge Jordan:

       My client, Norman Barrett, is scheduled to be sentenced before your Honor on May 15, 2006.  Mr. Barrett's only child, his daughter Rachel, is to be married on June 17, 2006.  Mr. Barrett, his daughter, his wife and the bride's intended husband and family would very much like to have this wedding go off as planned.  Mr. Barrett will have only one opportunity in his life to walk his daughter down the aisle and would like to do so on June 17th.  With the uncertainty of the sentencing currently pending, I approached the United States and asked whether it had any objection to a continuance of the sentence until after the wedding took place.  I spoke with Corky Falgowski.  Mr. Falgowski informed me that he had no objection to continuing the sentencing until after June 17th and that I could so advise your Honor.

       Because this is one of the most important events in any person's life, I would like to ask the Court's indulgence that the sentencing be postponed until after June 17th.

Respectfully submitted,

*/s/ Charles M. Oberly, III*

**CHARLES M. OBERLY, III**

CMO,III/dq
cc: Edmond Falgowski, AUSA
    Norman W. Barrett