IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-67-KAJ |
| ) | |
| NORMAN W. BARRETT, ) | |
| ) | |
| Defendant. ) | |

### ORDER

WHEREAS counsel for defendant has requested a continuance of the sentencing hearing (D.I. 16), and the government has no objection thereto,

IT IS ORDERED that:

1. The sentencing of defendant scheduled for **May 15, 2006 at 9:30 a.m.** is rescheduled to **June 26, 2006 at 4:30 p.m.** in courtroom No. 6A, 6th floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. Any objections to the presentence report must be communicated in writing to the Probation Office and opposing counsel no later than 14 days from receipt of the presentence report. Such objections should **not** be filed with the Court.[1]

3. Counsel shall notify the court promptly if an evidentiary hearing on disputed sentencing issues is required.

---

[1] All filings and correspondence presented to the court will be docketed and available electronically, unless filed under seal. The court will not review correspondence and filings for redaction. Therefore, it is the sole responsibility of counsel and the parties to be certain that all documents comply with the rules of this court and the Judicial Conference requiring redaction of personal data identifiers and sensitive information.

IT IS FURTHER ORDERED that the defendant Norman Barrett is to report to the Office of the United States Marshal, 844 King Street, Room 100, Wilmington, Delaware, at **4:00 p.m.** on June 26, 2006.

                                                                     _____
UNITED STATES DISTRICT JUDGE

April 18, 2006
Wilmington, Delaware